# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN STAPAS

          v.

GIANT EAGLE, INC., A PENNSYLVANIA ENTITY; GIANT EAGLE, INC., T/D/B/A GETGO FROM GIANT EAGLE,A PENNSYLVANIA ENTITY; GIANT EAGLE INC., T/D/B/A SOUTHSIDE GETGO, A PENNSYLVANIA ENTITY; NADEEN MCSHANE, AN INDIVIDUAL; GETGO PARTNERS SOUTH, A PENNSYLVANIA ENTITY; GETGO PARTNERS SOUTH-MARYLAND, LLC, A PENNSYLVANIA ENTITY; AND GETGO HOLDINGS, LLP, A PENNSYLVANIA ENTITY


PETITION OF: GIANT EAGLE, INC., A PENNSYLVANIA ENTITY; GIANT EAGLE, INC., T/D/B/A GETGO FROM GIANT EAGLE,A PENNSYLVANIA ENTITY; GIANT EAGLE INC., T/D/B/A SOUTHSIDE GETGO, A PENNSYLVANIA ENTITY;  GETGO PARTNERS SOUTH, A PENNSYLVANIA ENTITY; GETGO PARTNERS SOUTH-MARYLAND, LLC, A PENNSYLVANIA ENTITY; AND GETGO HOLDINGS, LLP, A PENNSYLVANIA ENTITY

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 102 WAL 2017

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.